AUG 27 2024 AM8:57
FILED-USDC-CT-HARTFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. BLOCKQUOTE, INC., | ) | |
| Plaintiff-Relator, | ) | Case No. ___________<br>**FILED UNDER SEAL** |
| v. | ) | |
| FABBRICA LLC, | ) | |
| Defendant. | ) | |

**COMPLAINT**

1. Relator Blockquote, Inc. ("Relator") brings this action on behalf of itself and the United States of America against defendant Fabbrica LLC for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven by the Government as a result of a false application.

3. Fabbrica LLC, a subsidiary of the multinational conglomerate Somec Group in Italy, received a Second Draw PPP loan of $2 million with full forgiveness.

4. Under the SBA's affiliation rules—which were clarified in May 2020 to include domestic and foreign affiliates—Fabbrica LLC should have included both its own employees and those of its affiliates when considering eligibility.

Had they been included, Fabbrica LLC would not have been eligible for Second Draw PPP funding.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as the defendant resides or transacts business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## PARTIES

7. Fabbrica LLC is an Italian-based multinational company that produces building façade systems. Fabbrica LLC has a principal office at 1 Market Street, Windsor, CT 06095. It also has an office at 346 Madison Avenue, New York, NY 10017.

8. 3.0 Partners USA Inc. owns 51% of Fabbrica LLC, as well as 100% of Atelier de Facades Montreal, and, beginning in 2020, 70% of Fabbrica Works in Italy. It is a holding company. It has a principal address of 350 Fifth Avenue, 41st Floor, New York, NY 10118, but it has no employees or active operations.

9. 3.0 Partners USA Inc. is wholly owned by Somec S.p.A., an Italian conglomerate traded on the Borsa Italiana/Italian Stock Exchange in Milan

under ticker SOM. Somec S.p.A. is headquartered at Via Palù, 30, 31020 San Vendemiano TV, Italy.

10. Through its various subsidiaries (collectively referred to as the Somec Group), Somec S.p.A. provides turnkey design, production, project management and installation of balconies, doors, windows, continuous and for civil and naval construction projects. The company owns Fabbrica LLC, as well as subsidiaries in Canada, Germany, Switzerland, France, UK, Norway, Finland, Slovakia, Romania, and China, as well as several facilities in Italy.

**the group**




11. Blockquote, Inc. is a company based in California that produces public interest research, news reporting and investigations.

## THE PAYCHECK PROTECTION PROGRAM

12. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES

Act contains a program called the Paycheck Protection Program ("PPP"), a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

13. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

14. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

15. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

16. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

17. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

18. Borrowers were later able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## FACTUAL ALLEGATIONS

19. When the PPP rules were first introduced, there was confusion regarding whether applicants with foreign affiliates were supposed to include their employees or revenues when considering eligibility. On May 5, 2020, the SBA issued guidance in one of the program FAQs indicating that foreign employees were included in the affiliation count, and on May 21, 2020, an Interim Final Rule was published that again clarified that foreign employees were to be included. 85 Fed. Reg. 30835, 30836. However, because the rule had been previously unclear, the SBA exercised enforcement discretion to not find a borrower ineligible under this calculation including foreign employees if it applied for the PPP loan prior to May 5, 2020. *Id.* at 30837.

20. Fabbrica LLC was approved for a First Draw PPP loan of $3,029,000 by Windsor Federal Savings & Loan Association on April 4, 2020. It reported 186 jobs. The loan plus interest was forgiven, a total of $3,064,591. Because

the loan application was submitted during the safe harbor, it was not required to include employees of foreign affiliates.

21. Fabbrica LLC was approved for a Second Draw PPP loan of $2,000,000 by Windsor Federal Savings & Loan Association on June 22, 2021. It reported 186 employees. This loan, plus interest, was forgiven, for a total of $2,005,000.

22. Fabbrica LLC was not eligible for the Second Draw loan because, when including affiliated entities such as its parent company, it exceeded the requisite size standard.

### A. Application of the Affiliation Rules to Foreign Entities

23. A business was eligible for a Second Draw PPP Loan if the business had 300 or fewer employees or met another limited exception, none of which applies to Fabbrica LLC.

24. When multiple entities are operated under common ownership or management, the SBA generally applies "affiliation rules" that require the various entities to consolidate their employee count when evaluating their loan eligibility.

25. Under the Interim Final Rule published and effective May 21, 2020, "Paycheck Protection Program—Treatment of Entities With Foreign Affiliates," the SBA clarified that:

> SBA's affiliation rules provide that in determining an entity's

> number of employees, employees of the entity "and all of its domestic and foreign affiliates" are included. As a result, in most cases, a borrower is considered together with its U.S. and foreign affiliates for purposes of determining eligibility for the PPP.... To provide further clarification of this methodology, SBA issued guidance on May 5, 2020 (FAQ 44) stating that an applicant must count all of its employees and the employees of its U.S. and foreign affiliates, absent a waiver of or an exception to the affiliation rules.

85 Fed. Reg. 30835, 30836.

26. The Interim Final Rule, Section I, concluded, unequivocally, that "If an applicant, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard, it is not eligible for a PPP loan." *Id.*

27. The Interim Final Rule repeated this requirement again in Section II:

> Therefore, to calculate the number of employees of an entity for purposes of determining eligibility for the PPP, an entity must include all employees of its domestic and foreign affiliates, except in those limited circumstances where the affiliation rules expressly do not apply to the entity. Any entity that, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard is therefore ineligible for a PPP loan.

*Id.* at 30836-37 (footnote omitted).

28. This foreign affiliation rule applied to all PPP loans applied for on or after May 5, 2020. *Id.*

29. The Second Draw PPP program adopted, in relevant part, these same affiliation rules, except that the employee count was reduced from 500 to 300, as was consistent with the change in the general eligibility requirements. 86

Fed. Reg. 3712, 3714-15 (January 12, 2021), codified in 13 C.F.R. § 121.

**B. Affiliation Rule Waiver Requirements**

30. Accordingly, to avoid application of the affiliation rules, Fabbrica LLC would have to meet one of three affiliation rule waiver requirements.

31. Pursuant to 86 FR 3712, 3714-15 (Jan. 14, 2021), the affiliation rules are waived under the PPP program for any of the following three reasons: (1) any business concern with less than 300 employees that, as of the date on which the loan is funded, is assigned a North American Industry Classification System (NAICS) code beginning with the digits 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the U.S. SBA; and (3) any business concern that "receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958," *i.e.*, a "small business investment company." "Financial assistance" includes any type of financing listed in 13 C.F.R. § 107.50, including loans and equity. Paragraph 7(a)(36)(D)(iv) of the Small Business Act (15 U.S.C. 636(a)(36)(D)(iv)).

32. Upon information and belief, none of these waivers apply. Fabbrica LLC was not assigned a NAICS code for a food and beverage business, nor has it been assigned a franchise identifier code. Relator is aware of no evidence that Fabbrica LLC applied for SBIC lending.

**C. Fabbrica LLC was Affiliated with Somec S.p.A. and its**

**Subsidiaries**

33. Fabbrica LLC was affiliated with Somec S.p.A. and its subsidiaries under the SBA's Affiliation Rules for PPP Loans under the ownership test.

34. The "affiliation based on ownership" test states that:

> For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern.

35. At all relevant times, Somec S.p.A. owned 100% of 3.0 Partners USA Inc. which owned 51% of Fabbrica LLC.

36. Since 3.0 Partners USA Inc. was just a holding company without employees or operations, Somec S.p.A.—sole owner of 3.0 Partners USA Inc.—was ultimately the entity with the power to control 51% of the concern's voting equity.

37. Therefore, Somec S.p.A. was affiliated with Fabbrica LLC.

38. Other subsidiaries owned by Somec S.p.A. were also affiliated with Fabbrica LLC, including but not limited to the other entities held by 3.0 Partners USA Inc.

**D. Application of the Eligibility Test**

39. Eligibility under the Second Draw PPP loan program is simple: have

300 or fewer employees, including employees of foreign and domestic affiliates.

40. On its Second Draw Loan application, Fabbrica LLC reported 186 jobs. Accordingly, its affiliated entities would have to employ fewer than 114 employees for Fabbrica LLC to qualify for PPP funds.

41. Somec S.p.A's 2021 Consolidated Non-Financial Statement explains that the Somec Group employed 822 people in 2021; 809 people in 2020; and 746 people in 2019. Somec S.p.A's 2019 Annual Report stated the S.p.A. group averaged 694 employees in 2019 but ended the year with 766 employees.

42. The 2021 Statement also noted: "The highest numbers of workers are concentrated in Somec S.p.A., Fabbrica LLC and Oxin S.r.l. The parent company alone employs 27% of the workforce, followed by 20% at the US subsidiary and 11% at Oxin."

43. If Somec S.p.A employed as many or more employees as Fabbrica LLC, then it is unnecessary to establish any other affiliations. Assuming a similar ratio in 2019 as in 2021, 27% of 694 employees is 187 employees.

44. Somec S.p.A. would have had to account for just 16% of the Somec Group's total employees in 2019 to fall short of the 114 employees necessary to exceed the 300-employee threshold. This is unlikely for the parent company.

45. Accordingly, at all relevant times, Fabbrica LLC and its affiliates exceeded the 300-employee threshold for a Second Draw PPP loan.

## FALSE CERTIFICATIONS

46. Version 1 of the Second Draw PPP Borrower Application Form, effective January 8, 2021, required the applicant to certify in good faith that, *inter alia*:

a. The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).

b. The Applicant, together with its affiliates (if applicable)... employs no more than 300 employees...

c. I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

47. Later versions of these applications contained similar certifications.

48. The loan application also required applicants to report "Number of

Employees (including affiliates, if applicable; may not exceed 300 unless "per location" exception applies)."

49. Fabbrica LLC had to make these certifications when applying for the Second Draw loan.

50. Some or all of the above PPP certifications were false when made because the applicant failed to adequately consider its affiliation with its parent company.

## CONCLUSION

51. Fabbrica LLC was a part of a multinational conglomerate that did not qualify for PPP funds intended for small businesses. It and its parent company already benefited from over $3 million in forgiveness from the First Draw due to some confusion regarding program requirements. By the Second Draw, any confusion regarding affiliation had been cleared up, but Fabbrica LLC nevertheless applied for an additional loan and forgiveness.

52. Fabbrica LLC should be required to repay its Second Draw PPP loan and interest that was forgiven by the federal government, plus processing fees and penalties.

## COUNT I
## VIOLATIONS OF 31 U.S.C. § 3729
## FALSE CLAIMS ACT

53. Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

54. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

55. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to numerous false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

56. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

57. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States a maximum civil penalty for each of the false claims and statements;

(c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

Jennifer A. Pedevillano
Fed Bar No. ct28872
HALLORAN & SAGE LLP
265 Church Street, Suite 802
New Haven, Connecticut 06510
Phone: 203.672.5432
Fax: 203.672.5480
pedevillano@halloransage.com

Jason Marcus (*pro hac vice pending*)
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com